April 2, 2015



# JUDGMENT

# The Fourteenth Court of Appeals

SATURNINO ARTEAGA, Appellant

NO. 14-15-00130-CR            V.

THE STATE OF TEXAS, Appellee

_____

This cause was heard on the transcript of the record of the court below. The record indicates that the appeal should be **DISMISSED**. The Court orders the appeal **DISMISSED** in accordance with its opinion and this decision be certified below for observance.